Angela Christopher, Appellant, et al., Plaintiff, v Bom Dokko, D.D.S., et al., Respondents. (Appeal No. 1.) [864 NYS2d 361]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered April 5, 2007 in a dental malpractice action. The order denied the motion of plaintiff Angela Christopher to set aside the verdict and for a new trial pursuant to CPLR 4404 (a).

Angela Christopher, Appellant, et al., Plaintiff, v Bom Dokko, D.D.S., Defendant, and Barzman, Kasimov & Vieth, D.D.S., P.C., Respondent. (Appeal No. 2.) [864 NYS2d 378]—Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered April 5, 2007 in a dental malpractice action. The judgment awarded costs and disbursements to defendant Barzman, Kasimov & Vieth, D.D.S., P.C. following a jury trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.